UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILTON WILLIAMS, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiff,

        v.

FADS USA, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-2717

ECF CASE

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MILTON WILLIAMS, and Defendant, FADS USA, INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       December 12, 2022

| GOTTLIEB & ASSOCIATES | LESTER SCHWAB KATZ & DWYER, LLP |
|---|---|
| _/s/_ | _/s/ Anthony J. Spiga_ |
| For Plaintiff: | For Defendant: |
| Michael A. LaBollita, Esq. | Anthony J. Spiga, Esq. |
| 150 East 18th Street, Suite PHR | 100 Wall Street |
| New York, NY 10003 | New York, NY 10005 |
| Email: Michael@Gottlieb.legal | Email: aspiga@lskdnylaw.com |
| Phone: (212) 228-9795 | Phone: 212.341.4207 |
| Fax: (212) 982-6284 | Fax: 212.267.5916 |

SO ORDERED.

_/s/ Lewis J. Liman_
LEWIS J. LIMAN
United States District Judge

12/13/2022